```
JOE LOUISE WARD              M & T BANK
127 COVENTRY LANE            ATTN: BANKRUPTCY
BRANDON, MS 39042            PO BOX 844
                            BUFFALO, NY 14240


THOMAS C. ROLLINS, JR.       SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767               PO BOX 965065
JACKSON, MS 39236            ORLANDO, FL 32896


ABOVELEND                    US ATTORNEY GENERAL
ATTN: BANKRUPTCY             US DEPT OF JUSTICE
141 W JACKSON BLVD           950 PENNSYLVANIA AVENW
STE 1220                     WASHINGTON, DC 20530-0001
CHICAGO, IL 60604


COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218



CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113



GI ASSOCIATES ENSODCOP
P.O. BOX 22668
JACKSON, MS 39225



HYUNDAI MOTOR FINANCE
ATTN: BANKRUPTCY
P.O. BOX 20829
FOUNTAIN VALLEY, CA 92728



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201
```