Certificate Number: 17082-MSS-DE-041279385

Bankruptcy Case Number: 26-01984



17082-MSS-DE-041279385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2026</u>, at <u>2:22</u> o'clock <u>PM MST</u>, <u>JOE L WARD</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>August 3, 2026</u>       By:    <u>/s/Boglarka Brown</u>

Name:  <u>Boglarka Brown</u>

Title:  <u>Certified Credit Counselor</u>